IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   No. CV 15-0628 KG/LAM
                                                       CR 14-2487 KG

PEDRO GAMBOA-MACIAS,

    Defendant.

## JUDGMENT

This matter having come before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Proceedings, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (CV Doc. 1; CR Doc. 23) filed on July 20, 2015; and the Court having entered an order dismissing the motion,

IT IS THEREFORE ORDERED that judgment is entered in favor of Plaintiff, and this civil proceeding is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE